■ BON JOUR INTERNATIONAL LTD., Appellant, v PARIS ACCESSORIES, INC., Respondent. [624 NYS2d 819] —Order, Supreme

Court, New York County (Walter Schackman, J.), entered on or about January 27, 1994, unanimously affirmed for the reasons stated by Schackman, J., with costs and disbursements. No opinion. Concur—Murphy, P. J., Rosenberger, Rubin, Ross and Tom, JJ.